大成 DENTONS

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

August 8, 2019

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Dawson v. iHerb, LLC. Case No. 1:18-cv-01437-VSB

Dear Judge Broderick:

We represent defendant iHerb, LLC. ("iHerb") in the above-referenced matter. We respectfully move the Court to to extend Defendant's deadline to answer, move, or otherwise respond to the plaintiff's complaint from August 9, 2019 to September 6, 2019.

Plaintiff's counsel has consented to the requested extension, which will permit the parties to fully resolve this action without further litigation.

Respectfully submitted,

Timothy J. Straub

cc:   Joseph H. Mizrahi, Esq. (counsel for Plaintiff) (by ECF)